UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KOSTA AND STEVE BATES, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DEL MONTE CORPORATION,<br><br>Defendant. | Case No.: 12-cv-01722-YGR<br>Related Case No. 13-cv-01839-YGR<br><br>**ORDER REGARDING DEFENDANT'S REQUEST TO STAY** |

In Defendant Del Monte Corporation's Joinder in Support of Plaintiff Langille and Plaintiff Fewins's Administrative Motion to Consider Whether Cases Should Be Related (Dkt. No. 89), Defendant requests that if the matters are related, the *Langille* action be stayed pending a ruling on the Motion to Dismiss in *Kosta*.

Defendant's request to stay is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 15, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**