**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL KOSTA, STEVE BATES,** individuals, on their own behalf and on behalf of all others similarly situated, Plaintiffs, vs. **DEL MONTE CORPORATION,** Defendant. | Case No.: 12-cv-01722-YGR **CASE MANAGEMENT AND SCHEDULING ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following dates:

## SCHEDULING ORDER

| | |
|---|---|
| DISCLOSURE OF EXPERTS RELATED TO MOTION FOR CLASS CERTIFICATION: | 2/21/14 |
| MOTION FOR CLASS CERTIFICATION FILED BY: | 3/7/14 |
| RESPONSE FILED BY: | 4/7/14 |
| REPLY FILED BY: | 4/28/14 |
| HEARING ON MOTION: | 5/13/14, 2:00 P.M. |
| DEADLINE TO COMPLETE PRIVATE MEDIATION EXTENDED TO: | 2/10/14 |
| NON-EXPERT DISCOVERY CUTOFF: | 8/8/14 |
| DISCLOSURE OF EXPERTS REGARDING MERITS, WITH REPORTS: | Opening: 8/8/14  Rebuttal: 8/29/14 |
| EXPERT DISCOVERY CUTOFF: | 9/19/14 |
| DISPOSITIVE MOTIONS[1] AND DAUBERT MOTIONS TO BE FILED BY: | 10/28/14 |
| HEARING ON MOTIONS: | 12/16/14, 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: November 5, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.