**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL KOSTA, STEVE BATES,** individuals, on their own behalf and on behalf of all others similarly situated,<br>    Plaintiffs,<br>vs.<br>**DEL MONTE CORPORATION,**<br>    Defendant. | Case No.: 12-cv-01722-YGR<br><br>**ORDER GRANTING IN PART STIPULATION SUBSTITUTING DEL MONTE FOODS, INC. FOR DEL MONTE CORPORATION AND MODIFYING CASE SCHEDULE** |

The Court is in receipt of the parties Stipulation and Proposed Order Substituting Del Monte Foods, Inc. for Defendant Del Monte Corporation, and Modifying the Case Schedule (Dkt. No. 108). Pursuant to the stipulations therein, the Court **ORDERS** as follows:

(1) Del Monte Foods, Inc. is substituted for Defendant Del Monte Corporation

(2) the litigation schedule is extended 60 days, as set forth below:

| Event | Current Date | New Date |
|---|---|---|
| Motion for Class Certification | 3/7/14 | 5/6/14 |
| Opposition to Class Certification | 4/7/14 | 6/6/14 |
| Reply in Support of Class Certification | 4/28/14 | 6/27/14 |
| Hearing on Class Certification Motion | 5/13/14 | 7/22/14 |
| Deadline to Complete Mediation | 6/27/14 | 9/2/14 |
| Non-Expert Discovery Cutoff | 8/8/14 | 10/7/14 |

| Disclosure of Experts Regarding Merits with Reports | Opening: 8/8/14 | 10/7/14 |
|---|---|---|
|  | Rebuttal: 8/29/14 | 10/28/14 |
| Expert Discovery Cutoff | 9/19/14 | 11/18/14 |
| Dispositive Motions and *Daubert* Motions | 10/28/14 | 12/23/14 |
| Hearing on Dispositive and *Daubert* Motions | 12/16/14 | 2/3/15 |

This Order terminates Docket No. 108.

**IT IS SO ORDERED.**

Dated: March 6, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**