UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KOSTA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEL MONTE FOODS, INC,<br><br>    Defendant. | Case No. 12-cv-01722-YGR   (JSC)<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br><br>Re: Dkt. Nos. 114, 115 |

Now pending before the Court is Plaintiffs' discovery letter (Dkt. No. 114) and Defendant's request to strike the letter or be allowed to respond to the letter. (Dkt. No. 115.) Defendant may file a responsive letter, not to exceed four pages, by Monday, April 28, 2014. The parties are to appear in person in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, on Wednesday, April 30, 2014 at 9:00 a.m. where they will be directed to the jury room to meet and confer in person. Each party shall be represented by an attorney or attorneys with the authority to make decisions and compromises without having to consult by telephone with any other attorney. The Court will hear any remaining disputes at 11:00 a.m.

This Order dispose of Docket No. 115.

**IT IS SO ORDERED.**

Dated: April 24, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge