UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KOSTA AND STEVE BATES, individuals on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DEL MONTE FOODS, INC.,<br><br>Defendant. | Case No.:12-cv-1722-YGR<br><br>**ORDER DENYING MOTION FOR LEAVE TO EXCEED PAGE LIMIT; DEEMING MOTION FOR CLASS CERTIFICATION WITHDRAWN; RE-SETTING SCHEDULE FOR CLASS CERTIFICATION BRIEFING AND HEARING** |

The Court has reviewed Plaintiffs' Motion for Leave to File Excess Pages for Plaintiff's Class Certification Reply Brief, filed May 15, 2014 (Dkt. No. 124). In light of the representations regarding the state of discovery therein, the Court **ORDERS** as follows:

(1) the Motion for Leave to File Excess Pages for Plaintiff's Class Certification Reply Brief is **DENIED**. Plaintiff's Motion suggests that it will need additional pages to incorporate new evidence on reply, which is generally not permissible.

(2) Given that significant discovery related to the class certification motion has not yet been completed, the pending Motion To Certify Class, filed May 6, 2014 (Dkt. No. 122) is **DEEMED WITHDRAWN**.

(3) The hearing and briefing schedule on the class certification motion is **RESET**. Plaintiffs shall file their revised Motion to Certify Class no later than June 2, 2014. Defendant's response shall be filed no later than July 1, 2014. Plaintiffs' reply shall be filed no later than July 22, 2014. Hearing on the Motion to Certify Class shall be on August 19, 2014, at 2:00 p.m

The Court is not inclined to increase the page limits in the absence of well-established good cause.

This Order terminates Dkt. No. 124.

**IT IS SO ORDERED**.

**Date: May 16, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**