1  WILLIAM L. STERN (CA SBN 96105)
   WStern@mofo.com
2  CLAUDIA M. VETESI (CA SBN 233485)
   CVetesi@mofo.com
3  LISA A. WONGCHENKO (CA SBN 281782)
   LWongchenko@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   DEL MONTE FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| MICHAEL KOSTA and STEVE BATES, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEL MONTE FOODS, INC.,<br><br>Defendant. | Case No. C12-01722 YGR<br><br>**CLASS ACTION**<br> ORDER GRANTING **STIPULATION** ~~AND~~ ~~**[PROPOSED] ORDER**~~ **CONTINUING MEDIATION DEADLINE**<br><br>**[CIVIL L.R. 6-1]**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Action Filed:  April 5, 2012 |

STIPULATION CONTINUING MEDIATION
CASE NO. C12-01722 YGR
sf-3442760

1    Pursuant to Civil Local Rule 6-1, Plaintiffs MICHAEL KOSTA and STEVE BATES,
2 ("Plaintiffs") and Defendant DEL MONTE FOODS, INC. ("Defendant" or "Del Monte") through
3 their undersigned counsel, hereby stipulate as follows:

4    WHEREAS, this action was filed in this Court on April 5, 2012, an Amended Complaint
5 was filed on July 6, 2012, a Consolidated Complaint was filed on June 11, 2013, and Defendant
6 answered the Consolidated Complaint on June 28, 2013;

7    WHEREAS, Plaintiffs filed their Motion for Class Certification on June 2, 2014, Del
8 Monte filed its Opposition to Class Certification on July 1, 2014, Plaintiffs filed their Reply in
9 Support of Class Certification on July 29, 2014, and the hearing on the Motion for Class
10 Certification will occur on August 19, 2014;

11   WHEREAS, the mediation deadline is currently September 2, 2014.  When the Court set
12 that deadline, the hearing on class certification was scheduled to occur on July 22, 2014.  Since
13 then, the briefing schedule was revised allowing additional time for Plaintiffs to file their motion
14 for class certification and additional time to file their reply brief;

15   WHEREAS, as previously represented to the Court, counsel for Defendant and counsel
16 for Plaintiffs participated in a mediation on December 18, 2013, for one of Plaintiffs' counsel's
17 similar food labeling cases, *Brazil v. Dole Packaged Foods, LLC*, No. 12-cv-01831-LHK (N.D.
18 Cal.).  The mediation was not productive, due in large part to the many unresolved legal issues in
19 the case.  As in this case, there were no rulings on class certification or summary judgment in
20 *Brazil*.  The parties, as well as the mediator Sue Stott, agreed that postponement of future
21 mediations in these cases would be beneficial.  Indeed, Ms. Stott sent an email to Howard
22 Herman, the Court's ADR Chief, explaining her concerns with mediating the cases at this stage.
23 The ADR department leaders expressed a desire to help the parties by moving deadlines where
24 postponement would be useful;

25   WHEREAS, without rulings on the key issues in this case, the parties believe that they
26 cannot effectively engage in mediation.  They believe that mediation at this time would be as
27 futile as the *Brazil* mediation.  They jointly request that the meditation deadline be extended so
28 that the parties can benefit from the resolution of Plaintiffs' Motion for Class Certification;

1  IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel,
2  subject to the approval of the Court, that the mediation deadline is postponed until 90 days after
3  the Court rules on class certification.

4  Dated: July 30, 2014                             WILLIAM L. STERN
                                                    CLAUDIA M. VETESI
5                                                   LISA A. WONGCHENKO
                                                    MORRISON & FOERSTER LLP
6

7

8                                                   By:  /s/ *William L. Stern*
                                                         WILLIAM L. STERN
9
                                                    Attorneys for Defendant
10                                                  DEL MONTE FOODS, INC.

11  Dated: July 30, 2014                            BEN F. PIERCE GORE
12                                                  PRATT & ASSOCIATES
                                                    1871 The Alameda, Suite 425
13                                                  San Jose, CA 95126

14

15                                                  By:  /s/ *Ben F. Pierce Gore*
                                                         BEN F. PIERCE GORE
16
                                                    Attorney for Plaintiffs

**ECF ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION CONTINUING MEDIATION DEADLINE**.  In compliance with Civil Local Rule 5-1(i), I hereby attest that Ben F. Pierce Gore has concurred in this filing.


Dated: July 30, 2014                                  WILLIAM L. STERN
                                                                      CLAUDIA M. VETESI
                                                                      LISA A. WONGCHENKO
                                                                      MORRISON & FOERSTER LLP


                                                              By:  /s/ *William L. Stern*
                                                                         WILLIAM L. STERN


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __August 1, 2014__                    _____
                                                                      YVONNE GONZALEZ ROGERS
                                                                      United States District Judge

STIPULATION CONTINUING MEDIATION
CASE NO. C12-01722 YGR
sf-3442760

3