```
1   WILLIAM L. STERN (CA SBN 96105)
    WStern@mofo.com
2   CLAUDIA M. VETESI (CA SBN 233485)
    CVetesi@mofo.com
3   LISA A. WONGCHENKO (CA SBN 281782)
    LWongchenko@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for Defendant
    DEL MONTE FOODS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL KOSTA and STEVE BATES, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEL MONTE FOODS, INC.,<br><br>Defendant. | Case No. C12-01722 YGR<br><br>ORDER GRANTING STIPULATION ~~AND [PROPOSED] ORDER~~ NARROWING SCOPE OF CLAIMS<br><br>**(Fed. R. Civ. P. 41(a)(1))**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Action Filed:  April 5, 2012 |

     Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Michael Kosta and Steve Bates ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant Del Monte Foods, Inc. ("Del Monte" or "Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

     WHEREAS on June 2, 2014, Plaintiffs filed their Motion for Class Certification (Dkt. No. 128) seeking to certify a nationwide class of consumers who, from April 5, 2008 until the date of notice, purchased a Del Monte brand: (1) canned tomato product; (2) FreshCut vegetable product; (3) Fruit Naturals product; or (4) SunFresh fruit product based on eight alleged violations;

1   WHEREAS, immediately prior to the class certification hearing on August 19, 2014, Plaintiffs announced that they would no longer pursue any claims involving the FreshCut vegetable product line, and would only pursue claims related to Diced Tomatoes, Stewed Tomatoes, and Tomato Sauce ("Tomato Products") as well as Fruit Naturals and SunFresh fruit products. With respect to Tomato Products, Plaintiffs clarified that they would challenge (1) the blue box, or "flag," on the front label stating, "Natural Source of Antioxidants" with check-marks next to "Vitamins A & C" and "Lycopene," (2) claims related to the use of the aforementioned terms ("Natural Source of Antioxidants" and "Lycopene") on the back label, and (3) claims related to the use of the label statement, "no artificial flavors or preservatives." Regarding Fruit Naturals/SunFresh products, Plaintiffs announced that they would only pursue claims related to the label statements, "Must Be Refrigerated" or "Refrigerate for Quality" and attendant conduct.

IT IS HEREBY STIPULATED, subject to the approval of the Court, that all other claims regarding these products contained in the Consolidated Amended Complaint, (Dkt. No. 96), are dismissed with prejudice from this suit.

Dated: August 29, 2014

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
     WILLIAM L. STERN

Attorneys for Defendants
DEL MONTE FOODS, INC.

STIPULATION AND [PROPOSED] ORDER NARROWING SCOPE
CASE NO. C12-01722 YGR

sf-3451985

1 | Dated: August 29, 2014

Brian K. Herrington (admitted pro hac vice)
DON BARRETT, P.A.
404 Court Square North
P.O. Box 927
Lexington, MS 39095

By: */s/ Brian Herrington*
       BRIAN HERRINGTON

Attorney for Plaintiffs

**ECF ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION AND [PROPOSED] ORDER NARROWING SCOPE OF CLAIMS.** In compliance with General Order 45, X.B., I hereby attest that Brian Herrington has concurred in this filing.

Dated: August 29, 2014

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
     WILLIAM L. STERN

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 2, 2014

YVONNE GONZALEZ ROGERS
United States District Judge