UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL KOSTA and STEVE BATES, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEL MONTE FOODS, INC.,<br><br>Defendant. | Case No. C12-01722 YGR<br><br>**ORDER GRANTING CORRECTED STIPULATION RE CLASS CERTIFICATION AND CASE MANAGEMENT**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Action Filed:  April 5, 2012 |

Pursuant to the Court's orders of September 2 and 4, 2014, (Dkt. Nos. 156 and 159), and subject to approval by the Court, Plaintiffs Michael Kosta and Steve Bates ("Plaintiffs"),  on behalf of themselves and all others similarly situated, and Defendant Del Monte Foods, Inc. ("Del Monte" or "Defendant") hereby stipulate as follows:

IT IS HEREBY STIPULATED that Plaintiffs shall move for class certification on or before November 10, 2014, Del Monte's response to Plaintiffs' motion shall be due on December 15, 2014, and Plaintiffs' reply brief shall be due on January 12, 2015.

IT IS FURTHER STIPULATED that the following deadlines and hearing shall be vacated:  1) the October 7, 2014 deadline for opening expert reports; 2) the October 28, 2014 deadline for rebuttal expert reports; 3) the November 17, 2014 deadline to complete private mediation; 4) the November 18, 2014 expert discovery cutoff;  5) the December 23, 2014 deadline for filing dispositive and Daubert motions; and 6) the February 3, 2015 hearing on dispositive and Daubert motions.

| | | |
|---|---|---|
| 1 | Dated: September 17, 2014 | WILLIAM L. STERN (CA SBN 96105) |
| 2 | | WStern@mofo.com<br>CLAUDIA M. VETESI (CA SBN 233485) |
| 3 | | CVetesi@mofo.com<br>LISA A. WONGCHENKO (CA SBN 81782) |
| 4 | | LWongchenko@mofo.com<br>MORRISON & FOERSTER LLP |
| 5 | | 425 Market Street<br>San Francisco, California 94105-2482 |
| 6 | | Telephone: 415.268.7000<br>Facsimile: 415.268.7522 |

By: /s/ *William L. Stern*
     WILLIAM L. STERN

Attorneys for Defendant
DEL MONTE FOODS, INC.

Dated: September 17, 2014

By: /s/ *Pierce Gore*
     PIERCE GORE

Brian K. Herrington (admitted pro hac vice)
DON BARRETT, P.A.
404 Court Square North
P.O. Box 927
Lexington, MS 39095

Attorneys for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 2, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Judge