# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 2/10/15 | **Time:** 2:08pm-2:56pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 12-cv-01722-YGR | **Case Name:** Kosta v. Del Monte Corporation | |

**Attorney for Plaintiff:** Pierce Gore and Brian Herrington
**Attorney for Defendant:** William Stern; Claudia Vetesi; Daniel J. Wilson; Alexandra Laks

**Deputy Clerk:** Frances Stone           **Court Reporter:** Diane Skillman

# PROCEEDINGS

Plaintiffs' Motion to Certify Class for Appointment of Class Representative; for Appointment of Class Counsel [Dkt. No. 174]- HELD and SUBMITTED.

Plaintiff's Motion to Strike Declaration of Liam Farrell [Dkt. No. 193]- HELD and SUBMITTED.

**Order to be prepared by: Court**